**Motion Granted; Order filed October 9, 2018.**



In The

# Fourteenth Court of Appeals

———————

NO. 14-18-00664-CV

———————

**CITY OF HOUSTON, TEXAS, Appellant**

**V.**

**THE COMMONS AT LAKE HOUSTON, LTD, Appellee**

**On Appeal from the County Civil Court at Law No. 1
Harris County, Texas
Trial Court Cause No. 1109638**

## ORDER

The reporter's record in this case was originally due August 13, 2018. *See* Tex. R. App. P. 35.1. We granted an extension through September 28, 2018. On October 4, 2018, this court issued an order requiring the court reporter to file the record on or before October 19, 2018. On the same day, the court reporter filed a request for extension asking for an additional 30 days to file the record.

We grant the request for extension and order **Lettie Witter**, the court reporter, to file the record in this appeal **on or before October 28, 2018.** No further extension

will be entertained absent exceptional circumstances. The trial and appellate courts are jointly responsible for ensuring that the appellate record is timely filed. *See* Tex. R. App. P. 35.3(c). If **Lettie Witter** does not timely file the record as ordered, we may issue an order directing the trial court to conduct a hearing to determine the reason for the failure to file the record.

PER CURIAM